UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| GLEN NATH, Independent Administrator of the Estate of JOANNE NATH, deceased,<br><br>Plaintiff,<br><br>v.<br><br>LEXINGTON INSURANCE CO., et al.,<br><br>Defendant. | Case No. 17-CV-2147 |

**ORDER**

A Report and Recommendation (#20) was filed by Magistrate Judge Eric I. Long in the above cause on September 11, 2017. On September 25, 2017, Defendant, Lexington Insurance Company, filed its Objection to Report and Recommendations (#21). Following this court's careful de novo review of the Magistrate Judge's reasoning and Defendant's Objection, this court agrees with and accepts the Magistrate Judge's Report and Recommendation (#20). This court agrees Plaintiff's Motion to Remand (#4) should be GRANTED.

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#20) is accepted by this court.

(2) Plaintiff's Motion for Remand (#4) is GRANTED, and the case is remanded to the Circuit Court for the Eleventh Judicial Circuit, Ford County, Illinois.

(3) This case is terminated.

ENTERED this 26th day of September, 2017.

s/ COLIN S. BRUCE
U.S. DISTRICT JUDGE